

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

(JOHN EDWARD GRIFFITH,
    Plaintiff,

    v.

Case No. 1:25CV640

GUILFORD TECHNICAL COMMUNITY COLLEGE
and THE UNIVERSITY OF NORTH CAROLINA SYSTEM,
    Defendants.                 )

### MOTION FOR PERMISSION TO FILE ELECTRONICALLY

NOW COMES Plaintiff, John Griffith, appearing pro se, and pursuant to Local Rule 5.3(c)(2)

respectfully requests leave of the Court to file documents electronically using the Case

Management/Electronic Case Filing (CM/ECF) system. In support of this motion, Plaintiff

states as follows:

1. Plaintiff is not an attorney and is representing himself in this action.

2. Plaintiff requests permission to become a registered user of the Court's CM/ECF system to file,

receive, and serve documents electronically.

3. Plaintiff agrees to comply with all rules and procedures governing electronic filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and permit

electronic filing in this matter.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Permission to File Electronically was served on the following parties by hand delivery or first-class mail on July 21, 2025:

Clerk of Court

United States District Court

Middle District of North Carolina

324 W. Market Street

Greensboro, NC 27401-2544

Guilford Technical Community College

601 East Main Street

Jamestown, NC 27282

University of North Carolina System

223 S. West Street, Suite 1800

Raleigh, NC 27603

Respectfully submitted,

John Griffith

207 Sandbar Circle APT 3F

Greensboro NC 27406

910-725-9986

johngriff07@gmail.com

Pro Se Plaintiff

07 /21 /25